### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF THE UNITED STATES

| | |
|---|---|
| IN RE:                                           ) | |
| PROCEDURES FOR THE FILING,       ) | |
| SERVICE, AND MANAGEMENT OF    )    General Order No. 25-GO-04 | |
| HIGHLY SENSITIVE DOCUMENTS.   ) | |

### ORDER

This Order modifies and supersedes General Order 24-02

WHEREAS, the Court seeks to maintain a procedure to protect highly sensitive documents filed with the Court;

THE COURT FINDS that, pursuant to Civil Rule 5(d)(3)(A) and Criminal Rule 49(b)(3)(A), good cause exists to allow all parties to file certain highly sensitive documents (HSDs) outside of the court's electronic filing system.

THEREFORE, IT IS HEREBY ORDERED that, effective as of the date of this order, and until such time as the Court orders otherwise, the filing of certain highly sensitive documents shall be subject to the procedures and requirements set forth below.

1. **Highly Sensitive Documents**

    a. Applications for search warrants, interception of wire, oral, or electronic communications under 18 U.S.C. § 2518, and applications for pen registers, trap, and trace devices shall be treated as HSDs.

    b. If a party believes any document is highly sensitive, (i.e., trade secrets), a motion requesting HSD treatment may be filed requesting a hearing without revealing the nature of the document or attaching the proposed HSD.

2. **Filing of Authorized HSDs**

    a. A party filing an HSD shall submit to the clerk's office the HSD in paper format, and, if applicable, the certificate of service and court order authorizing the treatment of the document as highly sensitive. The HSD may be submitted on a secure electronic device (i.e., USB drive) with prior permission of the Court.

    b. A party filing a document which quotes or references the contents of an HSD shall electronically file the document in the ordinary course, except that the portions of the document quoting or referencing the HSD shall be redacted. The party shall file and serve an un-redacted version of the filing in the same manner as set forth in Section 2(a) for HSD.

**3. Service of Highly Sensitive Court Orders**

If the Court determines that a Court order contains highly sensitive information, the clerk's office will file and maintain the order in a secure paper filing system or a secure standalone computer system that is not connected to any network and will serve paper copies of the order on the parties via mail.

**4. Removal of Existing HSDs or Highly Sensitive Cases from the Court's Electronic Filing System**

a. The clerk is directed to remove from the Court's electronic filing system, and treat as an HSD, any sealed applications for search warrants, interception of wire, oral, or electronic communications under 18 U.S.C. § 2518, and applications for pen registers, trap, and trace devices that have been filed.

b. Upon motion of a party or upon its own motion, the Court may determine that a document that has been filed electronically is highly sensitive and direct that the HSD be removed from the Court's electronic filing system and maintained by the clerk's office in a secure paper filing system or alternative digital storage system.

Entered this 7th day of August, 2025.

_____
SARA DARROW
UNITED STATES DISTRICT CHIEF JUDGE